| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Florida** |
| Case number (*If known*): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Terra Dolci, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **dba Chef Adrianne's Vineyard Restaurant and Bar** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-2449026** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**11715 Sherri Lane**<br>Number    Street<br><br>**Miami**          **FL**   **33183**<br>City              State  Zip Code<br><br><br><br>**DADE**<br>County | **Mailing address, if different from principal place of business**<br><br>**13500 N. Kendall Drive, Suite 115**<br>Number    Street<br><br>**Miami**          **FL**   **33186**<br>City              State  Zip Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>City              State  Zip Code |
| 5. | Debtor's website (URL) | https://www.chefadriannes.com/ | |

---

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 1 of 5
Copyright © Financial Software Solutions, LLC                                                                                                  BlueStylus

Debtor **Terra Dolci, LLC** _____    Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| **7.** | **Describe debtor's business:** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | |
| | | B. Check all that apply: |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | **7225** |

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check **all** that apply:* |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | |     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor **Terra Dolci, LLC** _____ Case number *(if known)* _____
      Name

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No | | | | | |
|---|---|---|---|---|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. | District _____ | When _____ MM/DD/YYYY | Case number _____ | | |
| | | | District _____ | When _____ MM/DD/YYYY | Case number _____ | | |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No | | |
|---|---|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☐ Yes. | Debtor _____ | Relationship _____ |
| | | | District _____ | When _____ MM/DD/YYYY |
| | | | Case number, if known _____ | |

| 11. | **Why is the case filed in *this district*?** | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number　　　Street

_____
City　　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

| Debtor | **Terra Dolci, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Statistical and administrative information** |
|---|---|

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | I have been authorized to file this petition on behalf of the debtor. |
| | | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **6/2/2025**
             MM / DD / YYYY

X **/s/ Adrianne Calvo**                        **Adrianne Calvo**
  Signature of authorized representative of debtor    Printed name

  Title  **Managing Member**

Debtor  **Terra Dolci, LLC**     Case number *(if known)* _____
     Name

| | |
|---|---|
| 18. Signature of attorney | **✗** **/s/ Robert Charbonneau**      Date _____ |
| | Signature of attorney for debtor          MM / DD / YYYY |

**Robert P Charbonneau**
Printed name

**Agentis PLLC**
Firm name

**45 Almeria Avenue**
Number    Street

**Coral Gables**      **FL**      **33134**
City                           State          ZIP Code

**(305) 722-2002**      **rpc@agentislaw.com**
Contact Phone                     Email address

**968234**      **Florida**
Bar number                      State

| Fill in this information to identify your case: | |
|---|---|
| Debtor Name | **Terra Dolci, LLC** |
| United States Bankruptcy Court for the: | **Southern District of Florida** |
| Case number (*If known*): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Lazarus Capital Funding, LLC<br>3261 Richmond Ave, #121<br>Staten Island, NY 10312 | The Lazarus Capital Funding, LLC<br>() - | MCA | | | | $149,655.96 |
| 2 | Kapitus, LLC<br>2500 Wilson Boulevard, Suite 350<br>Arlington, VA 22201 | Kapitus, LLC<br>() - | MCA | | | | $136,590.59 |
| 3 | Sysco<br>12500 NW 112TH Ave<br>Medley, FL 33178 | Sysco<br>() - | Trade Debt | | | | $91,495.64 |
| 4 | KRCX WRI Holdings, LLC<br>PO Box 30344<br>TAMPA, FL 33630 | KRCX WRI Holdings, LLC<br>() - | Landlord | | | | $90,390.96 |
| 5 | Cheney Bros., Inc.<br>c/o Wyland & Tadros LLP<br>2505 Metrocentre Blvd., 2nd Floor<br>West Palm Beach, FL 33407 | Cheney Bros., Inc.<br>(561) 275-5299<br>dtadros@wylandtadros.com | Trade Debt | Disputed | | | $61,602.59 |

Debtor   **Terra Dolci, LLC**                                    Case number *(if known)* _____
         Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | Funding Futures LLC<br>100 Merrick Rd Suite 419E<br>Rockville Centre, NY 11570 | Funding Futures LLC<br>() - | MCA | | | | $60,747.90 |
| 7 | Trigger Seafood Corporation.<br>7375 SW 142ND Terrace<br>Palmetto Bay, FL 33158 | Trigger Seafood Corporation.<br>() - | Trade Debt | | | | $59,424.90 |
| 8 | Smart Business<br>366 N. Broadway<br>Jerico, NY 11753 | Smart Business<br>() - | MCA | | | | $55,048.48 |
| 9 | Seamless Funding<br>1608 Ocean Parkway, Suite 2A<br>Brooklyn, NY 11230 | Seamless Funding<br>() - | MCA | | | | $43,254.40 |
| 10 | Capitalize Group LLC<br>99 Wall Street<br>New York, NY 10005 | Capitalize Group LLC<br>() - | MCA | | | | $40,637.90 |
| 11 | Premium Merchant Funding 26, LLC<br>55 Water Street, 50th Floor<br>New York, NY 10041 | Premium Merchant Funding 26, LLC<br>() - | MCA | | | | $30,069.56 |
| 12 | Thoro Corp<br>800 SE 4th Ave, Ste 601<br>Hallandale Beach, FL 33009 | Thoro Corp<br>() - | MCA | | | | $24,441.00 |
| 13 | Edward Don<br>2562 Paysphere Circle<br>Chicago, IL 60674 | Edward Don<br>() - | Trade Debt | | | | $17,011.36 |
| 14 | US Foods<br>7598 NW 6TH Ave<br>Boca Raton, FL 33487 | US Foods<br>() - | Trade Debt | | | | $15,437.62 |
| 15 | Greenex Pest Control<br>6055 NW 105TH CT APT 815<br>Miami, FL 33178 | Greenex Pest Control<br>() - | Trade Debt | | | | $12,760.00 |
| 16 | ALSCO<br>1415 NW 21st Terrace<br>Miami, FL 33142 | ALSCO<br>() - | | | | | $12,339.92 |

Debtor **Terra Dolci, LLC**  
Name

Case number *(if known)* _____

| # | Creditor | Contact | Type | | | | Amount |
|---|---|---|---|---|---|---|---|
| 17 | GDDist LLC<br>14119 SW 139TH CT<br>Miami, FL 33186 | GDDist LLC<br>() - | Trade Debt | | | | $10,568.99 |
| 18 | Mr Greens Produce<br>2450 NW 116 Street<br>Miami, FL 33167 | Mr Greens Produce<br>() - | Trade Debt | | | | $10,329.90 |
| 19 | Litefund Solutions LLC<br>99 Wall Street #2613<br>New York, NY 10005 | Litefund Solutions LLC<br>() - | MCA | | | | $10,282.72 |
| 20 | iMerchant Funding<br>101 Merritt 7 Corporate Park<br>3rd Floor<br>Norwalk, CT 06851 | iMerchant Funding<br>() - | MCA | | | | $4,229.19 |

# United States Bankruptcy Court

### Southern District of Florida

In re **Terra Dolci, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **6/2/2025**

**/s/ Adrianne Calvo**
**Adrianne Calvo**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**Adrianne Calvo**
**11715 Sherri Lane**
**Miami, FL 33183**

**Air Fresh, LLC**
**14410 NW 26TH Ave**
**Opa Locka, FL 33054**

**ALSCO**
**1415 NW 21st Terrace**
**Miami, FL 33142**

**Baked by Chef Adrianne**
**13500 North Kendall Drive STE 115**
**Miami, FL 33186**

**Bell Steam Cleaning Inc**
**10711 W 47TH Terrace**
**Miami, FL 33165**

**Brodschneider & Surev LLC**
**1300 Brickell Bay Dr STE. 3905**
**Miami, FL 33131**

**Capitalize Group LLC**
**99 Wall Street**
**New York, NY 10005**

**Cheney Bros., Inc.**
**c/o Wyland & Tadros LLP**
**2505 Metrocentre Blvd., 2nd Floor**
**West Palm Beach, FL 33407**

Copyright © Financial Software Solutions, LLC

**Clearfund Solutions**
**99 Wall Street, STE #2613**
**New York, NY 10005**


**Cozzini Bros., Inc.**
**8430 W Bryn Mawr Ave STE. 800**
**Chicago, IL 60631**


**Cracked by Chef Adrianne**
**13500 North Kendall Drive STE 115**
**Miami, FL 33186**


**Delancey Street Group, DBA Delancey Street**
**104 W 40th**
**New York, NY 10018**


**E.R. Plumbing Services**
**PO Box 266603**
**Ft. Lauderdale, FL 33326**


**Edward Don**
**2562 Paysphere Circle**
**Chicago, IL 60674**


**Flame Tech LLC**
**PO Box 0425**
**Miami, FL 33257**


**FLCC**
**803 S 21st Avenue**
**Hollywood, FL 33020**


**Florida Department of Revenue**
**5050 W Tennessee Street**
**Tallahassee, FL 32399**

**Fox Capital**
803 S 21st Ave
Hollywood, FL 33020


**Fox Funding Group LLC**
803 S 21st Ave
Hollywood, FL 33020


**Funding Futures LLC**
100 Merrick Rd Suite 419E
Rockville Centre, NY 11570


**GDDist LLC**
14119 SW 139TH CT
Miami, FL 33186


**Greenex Pest Control**
6055 NW 105TH CT APT 815
Miami, FL 33178


**iMerchant Funding**
101 Merritt 7 Corporate Park 3rd Floor
Norwalk, CT 06851


**Internal Revenue Service**
1111 Constitution Avenue NW
Washington, DC 20224


**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346


**ISF Enterprises**
13876 SW 56TH ST
Miami, FL 33175

Copyright © Financial Software Solutions, LLC

**Kapitus Servicing, Inc.**
**2500 Wilson Boulevard, Suite 350**
**Arlington, VA 22201**


**Kapitus, LLC**
**2500 Wilson Boulevard, Suite 350**
**Arlington, VA 22201**


**KIMCO Realty**
**500 North Broadway**
**PO Box 9010**
**Jericho, NY 11753**


**KRCX WRI Holdings, LLC**
**PO Box 30344**
**TAMPA, FL 33630**


**Litefund Solutions LLC**
**99 Wall Street #2613**
**New York, NY 10005**


**Maximum Flavor LLC**
**13500 North Kendall Drive STE 115**
**Miami, FL 33186**


**Miami Dade County Tax Collector**
**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**
**Miami, FL 33130-0000**


**Mixology Ice**
**5065 NW 74TH Ave STE. 1**
**Miami, FL 33166**

Copyright © Financial Software Solutions, LLC

**Mr Greens Produce**
2450 NW 116 Street
Miami, FL 33167

**Newtek Bank, National Association**
1981 Marcus Avenue
New Hyde Park, NY 11042

**Premium Merchant Funding 26, LLC**
55 Water Street, 50th Floor
New York, NY 10041

**Rivas Air Conditioning**
13100 SW 134TH Street STE. 3
Miami, FL 33186

**Seamless Funding**
1608 Ocean Parkway, Suite 2A
Brooklyn, NY 11230

**SevenRooms, Inc.**
228 Park Ave S
Saint Petersburg, FL 33706

**Small Business Financial Solution, LLC**
4500 East West Highway, 6th Floor
Bethesda, MD 20814

**Smart Business**
366 N. Broadway
Jerico, NY 11753

**Sysco**
12500 NW 112TH Ave
Medley, FL 33178

Copyright © Financial Software Solutions, LLC

**The Lazarus Capital Funding, LLC**
**3261 Richmond Ave, #121**
**Staten Island, NY 10312**


**Thoro Corp**
**800 SE 4th Ave, Ste 601**
**Hallandale Beach, FL 33009**


**Trigger Seafood Corporation.**
**7375 SW 142ND Terrace**
**Palmetto Bay, FL 33158**


**Unlimited Flowers**
**13500 SW 128TH Street Bay 101**
**Miami, FL 33186**


**US Foods**
**7598 NW 6TH Ave**
**Boca Raton, FL 33487**


**US Small Business Administration**
**200 W. Santa Ana Blvd, Ste 740**
**Santa Ana, CA 92701**